THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES INC., a Delaware corporation<br><br>Defendant. | Civil Action No. 3:21-cv-05725-MJP<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>October 29, 2021 |

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE
(3:21-CV-05725-MJP)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1     WHEREAS, plaintiff Kim Carter Martinez filed Case No. 3:21-cv-05725 against Zoominfo Technologies Inc. on September 30, 2021;

2     WHEREAS, defendant was served October 18, 2021;

3     WHEREAS, defendant's deadline to respond to plaintiff's Complaint is November 8, 2021;

4     WHEREAS, defendant anticipates moving to dismiss plaintiff's claims;

5     WHEREAS, in order to provide defendant sufficient time to respond and in recognition of the upcoming holidays, the parties have agreed, subject to Court approval, to a briefing schedule on defendant's motion to dismiss;

6     THEREFORE, the parties stipulate that the deadline for defendant's motion to dismiss shall be extended to December 8, 2021; the deadline for plaintiff's response shall be January 10; 2022, and the deadline for defendant's reply shall be January 24, 2022.

IT IS SO STIPULATED.

DATED October 29, 2021.

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE
(3:21-CV-05725-MJP) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| | |
|---|---|
| */s/ Samuel J. Strauss* | */s/ Alicia Cobb* |
| Samuel J. Strauss, WSBA #46971 | Alicia Cobb, WSBA # 48685 |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 936 North 34th Street, Suite 300 | 1109 First Avenue, Suite 210 |
| Seattle, Washington 98103-8869 | Seattle, Washington 98101 |
| Phone (608) 237-1775 | Phone (206) 905-7000 |
| Fax (608) 509-4423 | Fax (206) 905-7100 |
| | aliciacobb@quinnemanuel.com |
| *Attorneys for Plaintiff* | |
| | Shon Morgan (*pro hac vice* application forthcoming) |
| | John W. Baumann (*pro hac vice* application forthcoming) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| | Phone (213) 443-3000 |
| | Fax (213) 443-3100 |
| | shonmorgan@quinnemanuel.com |
| | jackbaumann@quinnemanuel.com |
| | |
| | Cristina A. Henriquez (*pro hac vice* application forthcoming) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065 |
| | Phone (650) 801-5000 |
| | Fax (650) 801-5100 |
| | cristinahenriquez@quinnemanuel.com |
| | |
| | *Attorneys for Defendant Zoominfo Technologies Inc.* |

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE
(3:21-CV-05725-MJP) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

IT IS SO ORDERED.

DATED this 2nd day of November, 2021.

                                      Hon. Marsha J. Pechman
                             United States Senior District Judge

STIPULATED MOTION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT AND SETTING BRIEFING
SCHEDULE
(3:21-CV-05725-MJP) - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000