THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES INC., a Delaware corporation,<br><br>Defendant. | NO. 3:21-cv-05725-MJP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>February 7, 2022 |

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY BRIEFING SCHEDULE - 1
3:21-cv-05725-MJP

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Kim Carter Martinez ("Plaintiff") and Defendant ZoomInfo Technologies, Inc. ("ZoomInfo" or "Defendant"), by and through their undersigned counsel of record, hereby stipulate to modify the briefing schedule for Plaintiff's opposition to ZoomInfo's Motion to Stay Case Pending Appeal (Doc. 31) and for Defendant's reply brief thereto. In support of this stipulation, the Parties hereby stipulate to the following:

1. Plaintiff filed a Class Action Complaint against Defendant on September 30, 2021. (Doc. 1).

2. On February 7, 2022, ZoomInfo filed a Motion to Stay Case Pending Appeal (the "Motion") (Doc. 31).

3. The current deadline for Plaintiff's response to the Motion is February 21, 2021.

4. The current deadline for Defendant's reply in support of the Motion is February 25, 2022.

5. Given deadlines counsel have upcoming in other cases, the Parties have agreed to modify the briefing schedule for Plaintiff's opposition to the Motion such that it is due on March 7, 2022, and Defendant's reply in support of the Motion such that it is due on March 21, 2022.

The Parties therefore respectfully request that this Court grant the below briefing schedule changes.

| Plaintiff's Opposition to the Motion | March 7, 2022 |
| Defendant's Reply in Support of the Motion | March 21, 2022 |

WHEREAS, Plaintiff and ZoomInfo stipulate that Plaintiff shall have up to and including March 7, 2022 to file its opposition to the Motion;

WHEREAS, Plaintiff and ZoomInfo stipulate that ZoomInfo shall have up to and

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY BRIEFING SCHEDULE - 2
3:21-cv-05725-MJP

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1  including March 21, 2022 to file its reply in support of the Motion;

2  WHEREAS, the parties have not previously requested any extension, the parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled any pre-trial or trial dates; and

5  WHEREAS, no parties will be prejudiced by the stipulation.

6  NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

   1. Plaintiff shall have up to and including March 7, 2022, to file its opposition to the Motion; and

   2. ZoomInfo shall have up to and including March 21, 2022, to file its reply in support of the Motion.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: February 7, 2022         TURKE & STRAUSS LLP

                                By: /s/ Samuel J. Strauss, WSBA #46971
                                Samuel J. Strauss, WSBA #46971
                                Email: sam@turkestrauss.com
                                Raina Borrelli, *Admitted Pro Hac Vice*
                                Email: raina@turkestrauss.com

                                *Attorneys for Plaintiff*

Dated: February 7, 2022         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By: /s/ Alicia Cobb, WSBA #48685
                                Shon Morgan (*pro hac vice*)
                                shonmorgan@quinnemanuel.com
                                John W. Baumann (*pro hac vice*)
                                jackbaumann@quinnemanuel.com
                                Alicia Cobb, WSBA #48685
                                aliciacobb@quinnemanuel.com
                                Cristina A. Henriquez (pro hac vice)

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY BRIEFING SCHEDULE - 3
3:21-cv-05725-MJP

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

cristinahenriquez@quinnemanuel.com

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: Feb 9, 2022

_____
JUDGE MARSHA J. PECHMAN

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY BRIEFING SCHEDULE - 4
3:21-cv-05725-MJP

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com