THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES INC., a Delaware corporation<br><br>Defendant. | Civil Action No. 3:21-cv-05725-MJP<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTING DATE: April 22, 2022 |

Defendant ZoomInfo Technologies Inc. and plaintiff Kim Carter Martinez hereby jointly move the Court for an order extending the deadline for ZoomInfo to respond to plaintiff's Complaint.

On September 30, 2021, plaintiff filed the Complaint. (Dkt. 1). On April 11, 2022, the Court denied ZoomInfo's Motion to Dismiss and anti-SLAPP Motion to Strike. (Dkt. 39). ZoomInfo's deadline to file a responsive pleading is currently April 25, 2022. Fed. R. Civ. P. 12(a)(4). In order to provide ZoomInfo sufficient time to respond, the Parties have agreed to extend this deadline by one week to May 2, 2022.

WHEREFORE, the Parties respectfully request an Order extending ZoomInfo's deadline to respond to May 2, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED April 22, 2022.

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER
(3:21-CV-05725-MJP)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000

| | |
|---|---|
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| /s/ Samuel J. Strauss | /s/ Alicia Cobb |
| Samuel J. Strauss, WSBA #46971<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Phone (608) 237-1775<br>Fax (608) 509-4423 | Alicia Cobb, WSBA #48685<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com |
| Raina Borrelli (*pro hac vice*)<br>613 Williamson St., Suite 201<br>Madison, Wisconsin 53703<br>Phone (608) 237-1775<br>raina@turkestrauss.com | Shon Morgan (*Pro Hac Vice*)<br>John W. Baumann (*Pro Hac Vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Phone (213) 443-3000<br>Fax (213) 443-3100<br>shonmorgan@quinnemanuel.com<br>jackbaumann@quinnemanuel.com |
| LAW OFFICE OF BENJAMIN R. OSBORN<br>Benjamin Osborn (*pro hac vice*)<br>102 Bergen St.<br>Brooklyn, NY 11201<br>Phone: (347) 645-0464<br>ben@benosbornlaw.com | Cristina A. Henriquez (*Pro Hac Vice*)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Phone (650) 801-5000<br>Fax (650) 801-5100<br>cristinahenriquez@quinnemanuel.com |
| MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>Michael F. Ram (*pro hac vice*)<br>Marie N. Appel (*Pro Hac Vice*)<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Telephone: (415) 358-6293<br>mram@forthepeople.com<br>mappel@forthepeople.com | *Attorneys for Defendant ZoomInfo Technologies Inc.* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.

DATED this 22nd day of April, 2022.

Hon. Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER
(3:21-CV-05725-MJP)- 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000