UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM CARTER MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES INC.,<br><br>Defendant. | CASE NO. C21-5725 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court ORDERS the Parties to meet and confer within 7 days of entry of this Minute Order to discuss the existing Joint Status Report and any changes that the Parties wish to make to it in light of the developments in this matter. The Parties are further ORDERED to submit a revised Joint Status Report within 14 days of entry of this Minute Order.

\\

\\

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed April 22, 2022.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/ Serge Bodnarchuk
                                      Deputy Clerk