THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

KIM CARTER MARTINEZ, on behalf of
herself and all others similarly situated,

      Plaintiff,

vs.

ZOOMINFO TECHNOLOGIES INC., a
Delaware corporation

      Defendant.

Civil Action No. 3:21-cv-05725-MJP

**STIPULATED MOTION AND**
**[PROPOSED] ORDER TO STAY CASE**
**PENDING ANTI-SLAPP APPEAL**

NOTING DATE:  May 5, 2022

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      This stipulated motion is made by and between Defendant ZoomInfo Technologies Inc.
and Plaintiff Kim Carter Martinez through their respective counsel of record.

      1.     Whereas, Plaintiff filed this action on September 30, 2021, alleging ZoomInfo
violated her statutory and common-law right of publicity under California law.  ECF No. 1.

      2.     Whereas, on December 8, 2021, ZoomInfo moved to strike each cause of action in
Plaintiff's complaint pursuant to California's anti-SLAPP statute on the grounds that her suit
challenges speech concerning a matter of public concern.  ECF No. 19.

      3.     Whereas, on April 11, 2022, the Court denied ZoomInfo's anti-SLAPP motion.
ECF No. 39.

      4.     Whereas, on April 14, 2022, ZoomInfo appealed the Court's order denying its anti-
SLAPP motion.  ECF No. 40.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000

5.      Whereas, following the Court's denial of ZoomInfo's motion, ZoomInfo informed Plaintiff that it intended to move for a stay pending appeal on the grounds that (1) the appeal has divested the Court of jurisdiction and (2) California's automatic stay provision must be applied where, as here, the Court is sitting in diversity. *See, e.g., Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (filing notice of appeal "divest[s] [the Court] of jurisdiction over the matters being appealed"); *Makaeff v. Trump Univ., LLC*, 2011 WL 613571, at *2 (S.D. Cal. Feb. 11, 2011) ("[u]nder California law, an appeal of a denial of an anti-SLAPP motion automatically stays further trial court proceedings on causes of action related to the motion").

6.      Whereas, the parties met and conferred regarding ZoomInfo's anticipated motion to stay and Plaintiff agreed to stipulate to ZoomInfo's requested stay and to file a joint status report within seven calendar days of the Ninth Circuit's resolution of that appeal.

WHEREFORE, the Parties respectfully request an Order staying this case in its entirety pending resolution of ZoomInfo's anti-SLAPP appeal within seven calendar days of the Ninth Circuit's resolution of that appeal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATED MOTION TO STAY CASE PENDING ANTI-SLAPP APPEAL
(3:21-CV-05725-MJP)- 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000

1

    DATED May 5, 2022.

2  TURKE & STRAUSS LLP                    QUINN EMANUEL URQUHART &
                                             SULLIVAN LLP
3

4

5  /s/ Samuel J. Strauss                  /s/ Alicia Cobb
   Samuel J. Strauss, WSBA #46971         Alicia Cobb, WSBA #48685
6  936 North 34th Street, Suite 300       1109 First Avenue, Suite 210
   Seattle, Washington 98103-8869         Seattle, Washington 98101
7  Phone (608) 237-1775                   Phone (206) 905-7000
   Fax (608) 509-4423                     Fax (206) 905-7100
8                                         aliciacobb@quinnemanuel.com

9  Raina Borrelli (pro hac vice)
   613 Williamson St., Suite 201          Shon Morgan (Pro Hac Vice)
10 Madison, Wisconsin 53703               John W. Baumann (Pro Hac Vice)
   Phone (608) 237-1775                   865 South Figueroa Street, 10th Floor
11 raina@turkestrauss.com                 Los Angeles, California 90017
                                          Phone (213) 443-3000
12 LAW OFFICE OF BENJAMIN R. OSBORN       Fax (213) 443-3100
   Benjamin Osborn (pro hac vice)         shonmorgan@quinnemanuel.com
13 102 Bergen St.                         jackbaumann@quinnemanuel.com
   Brooklyn, NY 11201
14 Phone: (347) 645-0464                  Cristina A. Henriquez (Pro Hac Vice)
   ben@benosbornlaw.com                   555 Twin Dolphin Drive, 5th Floor
15                                        Redwood Shores, California 94065
16 MORGAN & MORGAN COMPLEX                Phone (650) 801-5000
   LITIGATION GROUP                       Fax (650) 801-5100
17 Michael F. Ram (pro hac vice)          cristinahenriquez@quinnemanuel.com
   Marie N. Appel (Pro Hac Vice)
18 711 Van Ness Avenue, Suite 500         Attorneys for Defendant ZoomInfo
   San Francisco, CA 94102                Technologies Inc.
19 Telephone: (415) 358-6913
   Telephone: (415) 358-6293
20 mram@forthepeople.com
   mappel@forthepeople.com
21

22 Attorneys for Plaintiff

23

24 IT IS SO ORDERED.

25

26 DATED this _____ day of _____, 2022.

27                                        _____
                                              Hon. Marsha J. Pechman
28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                          1109 FIRST AVENUE, SUITE 210
                                          SEATTLE, WASHINGTON 98101
                                          (206) 905 7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED May 5, 2022.


*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

STIPULATED MOTION TO STAY CASE PENDING ANTI-
SLAPP APPEAL
(3:21-CV-05725-MJP)- 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000