The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES INC., a Delaware corporation<br><br>Defendant. | Civil Action No. 3:21-cv-05725-MJP<br><br>**STIPULATED MOTION AND ORDER TO STAY CASE PENDING ANTI-SLAPP APPEAL**<br><br>NOTING DATE: May 5, 2022 |

This stipulated motion is made by and between Defendant ZoomInfo Technologies Inc. and Plaintiff Kim Carter Martinez through their respective counsel of record.

1. Whereas, Plaintiff filed this action on September 30, 2021, alleging ZoomInfo violated her statutory and common-law right of publicity under California law. ECF No. 1.

2. Whereas, on December 8, 2021, ZoomInfo moved to strike each cause of action in Plaintiff's complaint pursuant to California's anti-SLAPP statute on the grounds that her suit challenges speech concerning a matter of public concern. ECF No. 19.

3. Whereas, on April 11, 2022, the Court denied ZoomInfo's anti-SLAPP motion. ECF No. 39.

4. Whereas, on April 14, 2022, ZoomInfo appealed the Court's order denying its anti-SLAPP motion. ECF No. 40.

Stipulated Motion to Stay Case Pending Anti-SLAPP Appeal
(3:21-cv-05725-MJP)

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905 7000

5. Whereas, following the Court's denial of ZoomInfo's motion, ZoomInfo informed Plaintiff that it intended to move for a stay pending appeal on the grounds that (1) the appeal has divested the Court of jurisdiction and (2) California's automatic stay provision must be applied where, as here, the Court is sitting in diversity. *See, e.g., Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (filing notice of appeal "divest[s] [the Court] of jurisdiction over the matters being appealed"); *Makaeff v. Trump Univ., LLC*, 2011 WL 613571, at *2 (S.D. Cal. Feb. 11, 2011) ("[u]nder California law, an appeal of a denial of an anti-SLAPP motion automatically stays further trial court proceedings on causes of action related to the motion").

6. Whereas, the parties met and conferred regarding ZoomInfo's anticipated motion to stay and Plaintiff agreed to stipulate to ZoomInfo's requested stay and to file a joint status report within seven calendar days of the Ninth Circuit's resolution of that appeal.

WHEREFORE, the Parties respectfully request an Order staying this case in its entirety pending resolution of ZoomInfo's anti-SLAPP appeal within seven calendar days of the Ninth Circuit's resolution of that appeal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATED MOTION TO STAY CASE PENDING ANTI-SLAPP APPEAL
(3:21-CV-05725-MJP)- 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000

DATED May 10, 2022.

| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|---|---|
| /s/ Samuel J. Strauss <br> Samuel J. Strauss, WSBA #46971 <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Phone (608) 237-1775 <br> Fax (608) 509-4423 <br><br> Raina Borrelli (*pro hac vice*) <br> 613 Williamson St., Suite 201 <br> Madison, Wisconsin 53703 <br> Phone (608) 237-1775 <br> raina@turkestrauss.com <br><br> LAW OFFICE OF BENJAMIN R. OSBORN <br> Benjamin Osborn (*pro hac vice*) <br> 102 Bergen St. <br> Brooklyn, NY 11201 <br> Phone: (347) 645-0464 <br> ben@benosbornlaw.com <br><br> MORGAN & MORGAN COMPLEX LITIGATION GROUP <br> Michael F. Ram (*pro hac vice*) <br> Marie N. Appel (*Pro Hac Vice*) <br> 711 Van Ness Avenue, Suite 500 <br> San Francisco, CA 94102 <br> Telephone: (415) 358-6913 <br> Telephone: (415) 358-6293 <br> mram@forthepeople.com <br> mappel@forthepeople.com <br><br> *Attorneys for Plaintiff* | /s/ Alicia Cobb <br> Alicia Cobb, WSBA #48685 <br> 1109 First Avenue, Suite 210 <br> Seattle, Washington 98101 <br> Phone (206) 905-7000 <br> Fax (206) 905-7100 <br> aliciacobb@quinnemanuel.com <br><br> Shon Morgan (*Pro Hac Vice*) <br> John W. Baumann (*Pro Hac Vice*) <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, California 90017 <br> Phone (213) 443-3000 <br> Fax (213) 443-3100 <br> shonmorgan@quinnemanuel.com <br> jackbaumann@quinnemanuel.com <br><br> Cristina A. Henriquez (*Pro Hac Vice*) <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065 <br> Phone (650) 801-5000 <br> Fax (650) 801-5100 <br> cristinahenriquez@quinnemanuel.com <br><br> *Attorneys for Defendant ZoomInfo Technologies Inc.* |

STIPULATED MOTION TO STAY CASE PENDING ANTI-SLAPP APPEAL
(3:21-CV-05725-MJP)- 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000

1  IT IS SO ORDERED.

DATED this 10th day of May, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO STAY CASE PENDING ANTI-SLAPP APPEAL
(3:21-CV-05725-MJP)- 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905 7000