**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>ZOOMINFO TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Defendant-Appellant. | No.　22-35305<br><br>D.C. No. 3:21-cv-05725-MJP<br>Western District of Washington, Tacoma<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Oral argument in this en banc case will be held at 1:00 p.m. on Tuesday, March 19, 2024, in Courtroom One of the James R. Browning Courthouse, located at 95 7th Street in San Francisco, California 94119.