1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10   KIM CARTER MARTINEZ,                          CASE NO. C21-5725 MJP

11                        Plaintiff,               MINUTE ORDER

12            v.

13   ZOOMINFO TECHNOLOGIES INC.,

14                        Defendant.

15

16        The following minute order is made by the direction of the court, the Honorable Marsha

17   J. Pechman, United States Senior District Judge:

18        The Court ORDERS the Parties to meet and confer within 7 days of entry of this Minute

19   Order to discuss the existing Joint Status Report (Dkt. No. 52) and any changes that the Parties

20   wish to make to it in light of the outcome of Defendant's appeal and the Ninth Circuit's order

21   dismissing the appeal. The Parties are further ORDERED to submit a revised Joint Status Report

22   within 10 days of entry of this Minute Order, including an explanation of what issues, if any,

23   were resolved on appeal.

24

The clerk is ordered to provide copies of this order to all counsel.

Filed December 11, 2024.

Ravi Subramanian
Clerk of Court

s/ Kathleen Albert
Deputy Clerk